Case No. 22-10DC-0015    New case

1  Mitchell Keith Goodrum              4 day of OCT EB 21
2  PO Box 0650                          2022 JAN -5 PM 3:01
3  Indian Springs Nevada
4        89070-0650                     SUE SEVON
5                                       COURT CLERK
6  High Desert State Prison             BY _____ DEPUTY
7  Inmate No 1213846
8
9       IN THE TENTH JUDICIAL DISTRICT COURT FOR THE STATE OF NEVADA
10            IN AND FOR THE COUNTY OF CHURCHILL
11

| Mitchell Keith Goodrum | Civil Rights Complaint |
| plaintiff, | Violations of plaintiffs rights |
| Vs. | to a Fair trial, Deprivation, |
| Wok Restaraunt Owners etal | Conspiracy, Suppressing evid- |
| John and/or Jane Doe. | ence, Fabrication of evidence |
| defendants | Right to expert witness, due |
| | process, Confrontation Clause |

Tort of Negligence, Deliberate Ind-
ifference, perjury, Tampering with
evidence, Right to discovery,
Right to truth in content, Right to Fair trial, 8th and 14 Amend
Violations, Failure to cure false    Demand for Jury Trial
testimony

                Introduction
This is a civil rights complaint, filed by Mr Mitchell
Keith Goodrum, alleging defendants are in violation
of all issues stated above.

(1)

1. The owners knowingly, willingly and with malisios intent,
2. witheld key evidence of video they knew or had to know
3. was critical to the investigation of case 17-10DC-1120,
4. State of Nevada v. Mitchell Keith Goodrum. Thus, caused
5. constitutional injury to plaintiff by way of violations of Mr
6. Goodrum's right to due process, right to a fair trial, right to
7. an exspert witness, right to key evidence, fabrication of
8. evidence, deprivation, conspincy, plaintiffs due process
9. rights, and the confrintetion clause.

## Parties

13. 2) Plaintiff, Mitchell Keith Goodrum, a Nevada State Prisioner,
14. currently housed at Ely State Prision in Ely Nevada. His
15. address is ~~PO Box 1989 Ely, Nevada 89301-1989.~~ PO BOX 0650
16. Indian Springs Nevada 89070-0650

18. 3) Defendants, John and Jane Doe., Owners of Wok Restaraunt,
19. in Fallon Nevada. They are being sued as owners of the
20. Wok, and as individuals. Their address is known to pla-
21. intiff as

## Facts

24. 4)
25. During the date of March 21, 2017, the Wok Restaraunt had
26. several video camera's which had a clear view of the
27. Overland Hotel and Casino's main enterence. That video
28. was requested by the Fallon Police Department. At which

(2)

1. Plaintiff alleges defendant's failed to comply with an
2. obligation to provide Fallon Police, Officer Babaza all
3. relevent servalence video of March 21, 2017, as it
4. related to an investigation into a murder trial. The
5. Wok owners employed Mr. Paul Hunzbrun, who is not
6. licenced in the State of Nevada to do security work.
7. (see) Jan 7, 2019 page 207 lines 22 to 24 Police request
8. Mr Hunzbrum claimed at trial on January 7 page 207
9. lines 14 to 24. That only he and the owner knew how
10. to operate the servalance system at the Wok restaraunt.
11. Therefore, it was the owners responsibility to obtain
12. and provide the whole video of March 21, 2017, from the
13. start to finish of events related to case #17-10DC-1120
14. However, during testimony of prosecutions witness
15. Mr Hunzbrum, he stated "The video is from the start of the
16. action of Miss Ng running out of the Overland, until police
17. arrive". (See) January 7, 2019 page 208 lines 13 to 19.
18. Also (see) The prosecution make the statement "it was
19. all the relevent parts". Mr Hunzbrun viewed the video
20. allong with the court and the jury. He made no
21. attempt to make any corrections about the video
22. being of missing events (Mrs Ellen Jackson exiting and
23. entering the Overland front doors long after Miss Ng
24. had run out.)(He made no correction about seeing
25. Mr Goodrum exit and enter the Overland.) Therefore,
26. it can be reasonably implied, this was the video
27. he and the Wok owners supplied to Fallon Police.
28. Therefore, it constitutes perjury, as the video had

(3)

1. been spliced to remove Mrs Jackson, which would have
2. proven Mr Butler could not have been in the restaraunt
3. dinningroom when Mr Goodrum and Mr Ng were together.
4. as Miss Ng is seen running out of the Overland, mush
5. before Mrs Jackson comes out. And Mrs Jackson test-
6. ified (see) January Jns, 8 2019 page 23 to 18 line 24. That
7. Mr Warren Butler had come down from his room entered
8. the bar and asked if anyone had heard screams?
9. (see) Jackson testimony January 8 2019 page 147 lines 1 to
10. 5. She then gos on to state she and Mr Butler then
11. exited the bar at the same time, Butler entered the dinning-
12. room as Jackson went outside (see) Jackson testimony
13. January 7, 2019 2019 page (m/e) To Be Supplied at discovery lines @ to 24. This, is proof
14. that Mrs Jackson has been spliced out of the video by
15. Mr Paul Hubrzbrun, employee of the Wok restaraunt.
16. committed perjury, the owners of the Wok participated
17. by supplying a spliced video to law enforcement, which
18. they had to know was supressing key evedence, they conspired
19. with one another to decive the Police and all to deprive
20. plaintiff of fairness and a fair trial. (see) Jan 7, 19 pg. 213 lines 9 to 24
21. The owners of the Wok restaraunt knowingly, willingly,
22. and with malisious and evil intent witheld key evidence.
23. Which would have vidicated plaintiff that 1) He departed
24. the Overland at about 4:10 pm on 3/21/17 walked to the
25. Nugget Casino, as plaintiff always maintained, then 2)
26. returned, walked into the Overland at about 4:50 pm also,
27. as plaintiff always maintained. That one peice of
28. video evidence would have proven plaintiff, did not

(4)


1  with premeditation walk from the Nugget Casino at about
2  6:11 to 6:15 pm on 3/21/17 and attempt to murder Miss Ng and
3  premeditatively murder Mr. Warren Butler. This, the test-
4  mony of the WOK employee Mr Paul Hubrsiuh committed
5  perjury, which violated plaintiff's due process to a fair
6  trial, caused deprivation, and was a clear case of
7  intended supressing valuble key evidence, was an
8  act violating the Confrintation Clause and caused const-
9  itutional injury, as plaintiff was sentenced to life in
10 prison without parol for premeditated first degree
11 murder, which was not true, and the WOK held the
12 key evidence which would have shown plaintiff to
13 be testifing truthfully. Therefore, the WOK owners
14 are in part responsible for the injustice done to
15 the plaintiff. They have a duty to come forward
16 with the entire video which will reveal the true
17 facts, and/or set the record straight about what video
18 WOK supplied to Police.
19      Plaintiff submitts he is entitled to damages in
20 the following amounts:
21      A) Comperctory award of $250,000.00
22 and B) punitive damages in the amount of $150,000.00
23      Respectfully submitted this 4 day of OCT 2021
24 PO box 0650                    Mitchell Keith Goodrum
25 Indian Springs Nevada          Mitchell Keith Goodrum
26      89070-0650                          plaintiff
27 High Desert State Prison
28 Inmate No 1213846

(5)

## Affirmation Pursuant to NRS 239B.030

I Mitchell Keith Goodrum, NDOC# 1213846, certify that i am the undersigned individual and that the attached document entitled Goodrum v. WOK Restaraunt Owners etal Does not contain the Social Security number of any persons, under the pains and penilties of perjury.

Dated 4 day of OCT 2021

Signed: Mitchell Keith Goodrum
Mitchell Keith Goodrum
Inmate No 1213846
High Desert State Prison
PO Box 650
Indian Springs Nevada 89070-0650

Case No _____

(6)