AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MITCHELL KEITH GOODRUM,

        Plaintiff,

v.

WOK RESTAURANT OWNERS, et al.,

        Defendants.

JUDGMENT

Case Number:  3:24-cv-00006-MMD-CLB

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed March 8, 2024 (ECF No. 8), Plaintiff's Complaint is **dismissed** with prejudice..

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: March 8, 2024

CLERK OF COURT

_(signature)_

Signature of Clerk or Deputy Clerk